**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02294-LTB

DONALD MAISON,

    Plaintiff,

v.

NORTHROP GRUMMAN CORPORATION,

    Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Upon Plaintiff's Response to Defendant's Motion to Stay Proceedings and to Compel Arbitration (Doc 14 - filed March 3, 2009), Defendant's Motion to Stay and Compel Arbitration (Doc 11) is **GRANTED**. The parties are directed to file status reports every 60 days regarding the arbitration proceedings.

Dated: March 4, 2009
_____