**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02294-LTB

DONALD MAISON,

       Plaintiff,

v.

NORTHROP GRUMMAN CORPORATION,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Motion to Withdraw (Doc 25 - filed June 3, 2010) is **GRANTED**. George C. Price of the Law Offices of George C. Price is allowed to withdraw as counsel for Plaintiff herein. Plaintiff will continue to be represented by Joseph G. Webb and Marc H. Schtul of the law firm Webb & Schtul.

Dated: June 4, 2010
_____