IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No.  08-cv-02294-LTB

DONALD MAISON,

    Plaintiff,

v.

NORTHROP GRUMMAN CORPORATION,

    Defendant.
_____

## ORDER
_____

For the reasons set forth on the record at the status hearing held on January 8, 2013 with counsel present, IT IS HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

Dated: January __8__, 2013 in Denver, Colorado.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Judge